UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**BARRY M. JENKINS,**

      **Plaintiff,**

v.                                               Case No. 04-C-899

**VICTOR MANINGO, MD,**

      **Defendant,**

## ORDER

On September 29, 2005, defendant Victor Maningo filed a letter requesting that the court grant his August 29, 2005, motion for summary judgment because plaintiff has failed to file a timely response.

Currently pending are plaintiff's May 4, 2005, motion for summary judgment and defendant's August 29, 2005, motion for summary judgment. Defendant's motion also serves as a response to plaintiff's summary judgment motion. Pursuant to the Local Rules, plaintiff had until September 28, 2005, to file a response to defendant's motion. Civil L.R. 7.1(c) (E.D. Wis.). No response has been filed.

The court will granted plaintiff additional time until December 15, 2005, in which to file a response to defendant's motion for summary judgment. Plaintiff is advised that if he fails to file a response on or before December 15, 2005, the court will decide the pending motions as they are currently submitted.

## CONCLUSION

**For the foregoing reasons,**

**IT IS THEREFORE ORDERED** that plaintiff shall file a response to defendant's motion for summary judgment on or before **December 15, 2005**.

Dated at Milwaukee, Wisconsin, this 18 day of November, 2005.

/s_____
LYNN ADELMAN
District Judge